# In the United States Court of Federal Claims

**No. 06-1671 L**
**Filed: June 6, 2008**

OTAY INTERNATIONAL LLC

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Thomas C. Wheeler**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

s/John S. Buckley
Acting Clerk of Court